IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01470-MSK-CBS

HUNTER E. FRARY,

       Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
BRITT, INC., individually, f/k/a, and as successor in interest to Roanoke Companies Group, Inc.,
HOME DEPOT U.S.A., INC.,
SLR, INC.,
AEROFIL TECHNOLOGY, INC.,
INNOVATIVE CHEMICAL TECHNOLOGIES, INC., and
ORTEC, INC.,

       Defendants.

## ORDER OF RECUSAL

      THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. It is

      **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 16TH day of jULY, 2007

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge