IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01470-WYD-KLM

HUNTER E. FRARY,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.;
BRITT, INC, individually, f/k/a, and as successor in interest to ROANOKE COMPANIES GROUP, INC.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.; and
ORTEC, INC.,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to Stipulation of Dismissal filed by the parties on July 7, 2010, ECF No. 17, indicating that Plaintiff has stipulated to dismissal of all remaining claims in this action, it is hereby ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

    Dated: July 8, 2010

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge